690 A.2d 235

## GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant,

v.

## Raymond PETTY, Appellee.

Supreme Court of Pennsylvania.

Argued Jan. 27, 1997.

Decided March 25, 1997.

Phillip D. Priore, David M. McCormick, Philadelphia, for Government Employees Insurance Co.

Allen L. Feingold, Philadelphia, for Raymond Petty.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

## *ORDER*

PER CURIAM:

AND NOW, this 25th day of March, 1997, the appeal is dismissed as improvidently granted.